[Nos. 11102-4-III; 11359-1-III.   Division Three.   May 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY EDWARD WYTTENBACH, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. PATRICIA ANN FLETCHER, *Appellant*.

Appeals from judgments of the Superior Court for Yakima County, Nos. 90-1-00513-1, 90-1-00518-1, Robert N. Hackett,

Jr., J., entered September 30, 1990. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.